**FILED**

03/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0591

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0591

ORIGINAL

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RANDALL KEITH ORTON,

Defendant and Appellant.

**FILED**

MAR 2 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant shall have until May 20, 2020, within which to file a response to counsel's motion to withdraw as counsel of record. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Defendant and Appellant at his last known address.

DATED this 24 day of March, 2020.

For the Court,

By _____
Chief Justice